# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZANE HUBBARD,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE JUSTICE INSTITUTE ACT OF 1984, et al.,<br><br>  Defendants. | Case No.: 1:19-cv-00613-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFF TO PAY FILING FEE IN FULL WITHIN THIRTY DAYS<br><br>[ECF Nos. 3, 4, 5] |

Plaintiff Zane Hubbard is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 9, 2019, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff not be allowed to proceed in forma pauperis and to pay the $400.00 filing fee in fee because he has suffered three or more strikes pursuant to 28 U.S.C. § 1915(g). The Findings and Recommendations were served on Plaintiff and contained notice that objections were to be filed within twenty-one days. On May 23, 2019, Plaintiff filed objections titled motion for reconsideration.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

1 | Plaintiff does not contest that he has suffered three or more strikes pursuant to 28 U.S.C. § 1915(g), and
2 | Plaintiff has failed to set forth a plausible claim that he is in imminent danger of serious physical injury.
3 | <u>Andrews v. Cervantes</u>, 493 F.3d 1047, 1050 (9th Cir. 2007).
4 |     Accordingly, it is HEREBY ORDERED that:
5 |     1. The Findings and Recommendations filed on May 9, 2019, are adopted in full;
6 |     2. Within thirty (30) days from the date of service of this order, Plaintiff shall pay the
7 |        $400.00 filing in full; and
8 |     3. The failure to pay the filing fee in full will result in dismissal of the action.

IT IS SO ORDERED.

    Dated: **May 29, 2019**            **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES CHIEF DISTRICT JUDGE